HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANA MARIA RAVINES DE SCHUR,

        Plaintiff,

v.

BELLINGHAM & WHATCOM COUNTY HOUSING AUTHORITIES, et al.,

        Defendants.

CASE No. C23-0332-RAJ

ORDER

This matter comes before the Court on Plaintiff's amended complaint, Dkt. # 8, and motion to stay proceedings. Dkt. # 9. The Honorable S. Kate Vaughan granted *in forma pauperis* ("IFP") status to Plaintiff. Dkt. # 3. Plaintiff's original complaint made various difficult-to-discern allegations against Defendants Bellingham Housing Authority, Housing Authority of Whatcom County, Shannon Laws, Engedi Refuge, Agape House Lighthouse Mission, Base Camp Lighthouse Mission, Opportunity Council, Bellingham Police Department, and the Asian Association of Utah, and requested that

ORDER- 1

1 | this Court order the Bellingham Housing Authority to "release" Plaintiff's housing voucher. Dkt. # 4 at 30. On March 24, 2023, this Court dismissed Plaintiff's complaint for failure to state a claim upon which relief could be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). Dkt. # 7. This Court granted Plaintiff leave to file an amended complaint within twenty-one days. *Id.* If Plaintiff failed to timely comply with this Court's order, this matter would be dismissed with prejudice. *Id.*

On April 7, 2023, Plaintiff filed an amended complaint under seal, Dkt. # 8, and later filed a motion to stay the proceedings. Dkt. # 9. However, Plaintiff's amended complaint is a narrative letter that again fails to state a claim or make a clear request for relief. Rule 8 requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). While this Court will construe a pro se plaintiff's pleadings liberally, plaintiff must provide more than an "unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citation omitted). Plaintiff's amended complaint fails to meet this burden. Therefore, Plaintiff's amended complaint is **DISMISSED** with prejudice. Dkt. # 8. Plaintiff's motion to stay the proceedings is **DENIED** as moot. Dkt. # 9.

DATED this 24th day of August, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2